No. 474.  LAMONGE *v.* OHIO.  Supreme Court of Ohio. Certiorari denied.  *John R. Spain* for petitioner.  *Lynn B. Griffith, Jr.* and *David F. McLain* for respondent.

No. 477.  AMERICAN EXPORT LINES, INC., *v.* CATERPILLAR OVERSEAS, S. A.  C. A. 2d Cir.  Certiorari denied. *Mario E. De Orchis* for petitioner.  *F. Herbert Prem* for respondent.

No. 486.  TIDEWATER OIL Co. *v.* JACKSON ET AL., DOING BUSINESS AS JACKSON BROTHERS.  C. A. 10th Cir.  Certiorari denied.  *James P. Hart, Richard Jones* and *William P. Thompson* for petitioner.  *Oliver H. Hughes* for respondents.

No. 488.  CZAP *v.* MARSHALL ET AL.  C. A. 7th Cir. Certiorari denied.  *Leon Feingold* for petitioner.

No. 491.  GULLEY *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.  Petitioner *pro se.*  *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 492.  GOMEZ-FERNANDEZ *v.* IMMIGRATION AND NATURALIZATION SERVICE.  C. A. 5th Cir.  Certiorari denied.  *Jack Wasserman, David Carliner* and *Chester C. Shore* for petitioner.  *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for respondent.

No. 494.  MASTRIAN *v.* MINNESOTA.  Supreme Court of Minnesota.  Certiorari denied.  *Jonas G. Schwartz* and *Edward J. Drury* for petitioner.  *Walter F. Mondale,* Attorney General of Minnesota, for respondent.